UNITED STATES DISTRICT COURT
NEW JERSEY CAMDEN VICINAGE

| | |
|---|---|
| IN RE: VALSARTAN PRODUCTS LIABILITY LITIGATION | : MDL NO. 2875 |
| | : |
| | : HONORABLE ROBERT B. |
| | : KUGLER, DISTRICT COURT |
| _____ | : JUDGE |
| | : |
| THIS DOCUMENT RELATES TO: | : |
| | : HONORABLE KAREN |
| *Arnold Ragland v. Zhejiang Huahai Pharmaceutical* | : WILLIAMS, MAGISTRATE |
| *Co., LTD, et al. Case No. 1:20-cv-04363-RBK-JS* | : JUDGE |
| | : |

**NOTICE OF VOLUNTARY DISMISSAL AS AGAINST
DEFENDANT ZHEJIANG HUAHAI PHARMACEUTICAL CO., LTD., PRINSTON
PHARMACEUTICALS, INC., and SOLCO HEALTHCARE U.S. LLC, ONLY**

Plaintiffs hereby give notice pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure that Mr. Arnold Ragland's claims asserted against Defendants Zhejiang Huahai Pharmaceutical Co., Ltd., Prinston Pharmaceuticals, Inc. and Solco Healthcare U.S., LLC are hereby dismissed with prejudice. Plaintiffs' claims against all other Defendants in the above-styled and numbered action remain pending, and in full force and effect.

Respectfully submitted, this 1st day of November, 2022,

*/s/ Paige N. Boldt*
**Paige Boldt**
Texas Bar No. 24082626
**WATTS GUERRA LLP**
5726 Hausman Rd. W. Ste. 119
San Antonio, TX 78249
Telephone: 866.529.9100
Fax: 210.448.0501
Email: pboldt@wattsguerra.com
**ATTORNEY FOR PLAINTIFF**

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that on November 1st, 2022, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

Dated:  November 1st, 2022.                                                 */s/ Paige N. Boldt*

                                                      Paige N. Boldt